1 Gina Fazio, Esq. #225178
Law Offices of Jeffrey Milam
2 P.O. Box 26360
Fresno, California 93729
3 (559) 264-2800

4 Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT FOR

THE EASTERN DISTRICT OF CALIFORNIA

AT FRESNO

| | |
|---|---|
| RUBEN MEDELLIN ) | Civil Action No. 1:05-CV-0572 AWI DLB |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER |
| ) | |
| vs. ) | |
| ) | |
| JO ANNE B. BARNHART, ) | |
| Commissioner of Social ) | |
| Security, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

IT IS HEREBY STIPULATED by and between the parties as follows: that appellant be granted a 30 day extension of time, until February 13, 2006, in which to file and serve Plaintiff's Opening brief. All remaining actions under the scheduling order filed, April 28, 2005, shall proceed under the time limit guidelines set therein.

/ /
/ /
/ /
/ /
/ /
/ /
/ /

1 | Dated:  January 17, 2006 /s/ Gina Fazio

GINA FAZIO,
Attorney for Plaintiff.

Dated: January 17, 2006

MCGREGOR SCOTT
United States Attorney

By: /s/ Kimberly A. Gaab
(as authorized via facsimile)
KIMBERLY A. GAAB
Assistant U.S. Attorney


IT IS SO ORDERED.

　**Dated:   January 18, 2006**　　　　　　　**/s/ Dennis L. Beck**
3c0hj8　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE