# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUBEN M. MEDILLIN, | ) 1:05cv0572 AWI DLB |
| Plaintiff, | ) |
| v. | ) ORDER ADOPTING FINDINGS AND RECOMMENDATION REGARDING PLAINTIFF'S SOCIAL SECURITY COMPLAINT |
| JO ANNE B. BARNHART, Commissioner of Social Security, | ) |
| | ) (Document 19) |
| Defendant. | ) |

Plaintiff filed her complaint for review of the final decision of the Commissioner of Social Security on April 22, 2005.

On May 30, 2006, the Magistrate Judge issued Findings and Recommendation that the complaint be denied and judgment entered in favor of Defendant. This Findings and Recommendation was served on all parties and contained notice that any objections to the Report and Recommendation were to be filed within fifteen (15) days of the date of service of the order. Over fifteen (15) days have passed and no party has filed objections.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the Court finds that the Findings and Recommendation is supported by the record and proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendation issued May 30, 2006, is ADOPTED IN FULL; and

1

2. The complaint is DENIED.

IT IS SO ORDERED.

**Dated:    September 2, 2006**               /s/ **Anthony W. Ishii**
0m8i78                                       UNITED STATES DISTRICT JUDGE